

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

maxnicholasllc.com

June 24, 2025

**Request GRANTED. Mr. Whitesides is permitted to travel within the continental United States with prior permission from Pretrial Services. The Clerk of Court is respectfully directed to terminate Dkt. No. 20. SO ORDERED.**

**Dated: June 24, 2025**

**BY ECF**

Hon. Margaret M. Garnett
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

### United States v. Jonathan Whitesides, 25 Cr. 212 (MMG)

Dear Judge Garnett:

    I respectfully write with the consent of the Government in the above-captioned case to request that the conditions of release for defendant Jonathan Whitesides be amended to reflect that he may travel within the continental United States upon receiving permission to do so from his supervising Pretrial Services Officer. Currently, his conditions of release reflect the need to obtain permission from the Court for any travel outside of the Central District of California (where he resides) and the Southern and Eastern Districts of New York.[1]

    The purpose of this request is to allow Mr. Whitesides to travel domestically from time to time with his family in the months between now and his sentencing before this Court. As a concrete example, Mr. Whitesides' son is attending a summer camp in the Northern District of California beginning on June 27, 2025, and Mr. Whitesides is hoping to drive him to camp.

    I thank the Court for its consideration of this request.

cc: Government counsel (by ECF)

Respectfully submitted,

/s/ *Max Nicholas*
_____
Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005

---

[1] Mr. Whitesides cannot travel internationally (and does not seek to amend that condition), and his passport is in the possession of a custodian whom defense counsel has cleared with the Government.