

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

maxnicholasllc.com

September 16, 2025

**BY ECF**
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Request GRANTED. The Defendant's submission is due by September 23, 2025. The Government's submission is due by September 29, 2025. The Clerk of Court is respectfully directed to terminate Dkt. No. 32. SO ORDERED.*

*Dated: 9/16/2025*

<u>United States v. Jonathan Whitesides, et al., 25 Cr. 212 (MMG)</u>

Dear Judge Garnett:

My firm represents Jonathan Whitesides in the above-captioned case, which is scheduled for sentencing on October 3, 2025. The defense sentencing submission is currently due on September 19, 2025.

We respectfully write to request that the deadline for the defense sentencing submission be extended to September 23, 2025. The reason for the request is that I finished a trial yesterday (September 15) and need the additional time in order to properly prepare the submission. The Government consents to this request in the event that the deadline for their submission can be extended from September 26, 2025 to September 29, 2025. We consent to this request from the Government.

We thank the Court for considering this request.

cc: Government counsel (by ECF)

Respectfully submitted,

MAX NICHOLAS LLC
/s/ *Max Nicholas*

_____
Max Nicholas
Aashna Rao
40 Exchange Place
Suite 1800
New York, NY 10005